JOHN DUNCAN, Respondent-Appellant, v. TWIN LEASING CORPORATION, Appellant, and LIPSKY & ROSENTHAL, INC., Respondent.— Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals for leave to appeal. Present — Adel, Mac-Crate, Schmidt and Murphy. JJ.: Nolan, P. J., not voting. [See *ante,* p. 1080.]

RIESA B. GLASSMAN, Respondent, v. JACOB GLASSMAN, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Adel, Acting P. J., Wenzel, MacCrate, Beldock and Murphy, JJ.

In the Matter of VINCENT J. COLUCCI et al., Appellants, against JOHN F. O'CONNELL et al., Individually and as Members of the State Liquor Authority, Respondents.— Motion for reargument of motion to certify that a constitutional question is directly involved granted. On reargument, the court adheres to its original determination of June 1, 1954. Present — Adel, Acting P. J., Wenzel, MacCrate, Beldock and Murphy, JJ. [See *ante,* pp. 964, 1058.]

In the Matter of RICHMOND COUNTY BAR ASSOCIATION. THEODORE H. ENGEL, an Attorney, Respondent.— Issues of fact raised by the petition and respondent's answer are referred to Honorable JOHN B. JOHNSTON, Official Referee, for hearing and report, together with his recommendation. Present — Adel, Acting P. J., Wenzel, MacCrate, Beldock and Murphy, JJ.

In the Matter of ANN GEIGER, Respondent, against GEORGE J. GEIGER, Appellant.— Motion for stay dismissed, without costs. No appeal lies from the order in question to this court. (Children's Court Act, § 43; *People* v. *Bennett,* 243 App. Div. 578; *Matter of Samuels* v. *Samuels,* 245 App. Div. 902.) Motion to dismiss appeal denied, without costs. The appeal was correctly taken to the Supreme Court, and the reference in the notice of appeal to the Appellate Division, Second Department, is an error which may be remedied at Special Term. Present — Adel, Acting P. J., Wenzel, MacCrate, Beldock and Murphy, JJ.

In the Matter of VICTOR GIROFFI, an Infant, Appellant. CHILDREN'S COURT OF THE COUNTY OF NASSAU, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Adel, Acting P. J., Wenzel, MacCrate, Beldock and Murphy, JJ. [See *ante,* p. 1061.]

RUSSELL OLKER, Respondent, v. CONSTANTINO SALOMONE, Doing Business, as SOUNDVIEW FIRE PROOFING Co., et al., Appellants.— Motion referred to the court that rendered the decision. Present — Adel, Acting P. J., Wenzel, MacCrate, Beldock and Murphy, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Adel, Schmidt, Beldock and Murphy, JJ. Nolan, P. J., not voting. [See *ante,* p. 948.]